THOMAS F. X. DUNN
ATTORNEY AT LAW
7 DEY STREET
SUITE 804
NEW YORK, NEW YORK 10007
TEL: 212-941-9940
FAX: 212-941-9947

September 2, 2005

Honorable Frederick Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Larry Vanegas
Cr-04-930 (FB)

*Application to Travel is Granted. So Ordered. 9/7/05*

Dear Judge Block:

I write to request permission from the court for my client, Larry Vaneags to travel to Tampa, Florida from September 9, 2005 through September 12, 2005. Mr. Vanegas' 10 year old son is in Tampa with his ex-wife. During his stay in Tampa he will stay at his ex-wife's home. The address and telephone number has been provided to Pretrial Officer Mike Illaria. Officer Illaria has no objection to this request for travel to Tampa. I also spoke to Assistant U.S. Attorney John A. Nathanson and he consents to this request.

Thank you for your consideration of this request.

Very truly yours,

Thomas F. X. Dunn

cc: John A. Nathanson, Esq.
Assistant U.S. Attorney

Mike Ilaria
Pretrial Officer